WILLIAM SCHEER, Appellant and Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Respondent and Appellant.

*Scheer* v. *Long Island R. R. Co.*, 134 App. Div. 939, affirmed.
(Argued December 5, 1910; decided January 3, 1911.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 14, 1909, affirming a judgment partly in favor of plaintiff and partly in favor of defendant, entered upon the report of a referee in an action to restrain the defendant from trespassing upon certain land.

*David B. Ogden* and *Charles S. Noyes* for plaintiff, appellant and respondent.

*James W. Treadwell* and *Joseph F. Keany* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: Willard Bartlett, Hiscock, Chase and Collin, JJ. Haight and Werner, JJ., dissent from affirmance of so much of the judgment as is in favor of the plaintiff. Not sitting: Cullen, Ch. J.